United States District Court
Southern District of Texas

**ENTERED**
August 07, 2017
David J. Bradley, Clerk

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
MCALLEN DIVISION

| | |
|---|---|
| CESAR CHIMELY AND § <br> MONICA CHIMELY § <br>    Plaintiffs, § <br> § <br> v. § <br> § <br> STATE FARM LLOYDS AND § <br> JOHN SCHERLEN, § <br>    Defendants. § | CASE NO. 7:17-cv-00215 |

### UNOPPOSED ORDER GRANTING UNOPPOSED MOTION TO REMAND

Came on to be ~~heard~~ *Considered* Plaintiffs Cesar Chimely and Monica Chimely's Unopposed Motion to Remand. The Court, having considered the Motion, is of the opinion that the motion should be GRANTED.

IT IS THEREFORE ORDERED that the parties' motion is GRANTED. The Court REMANDS this case to the County Court at Law No. 2 of Hidalgo County, Texas.

SIGNED this 7th day of August, 2017 at McAllen, Texas.

*/s/ Ricardo H. Hinojosa*
Hon. Ricardo H. Hinojosa
United States District Judge